## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARIC A. STREIT and MARY STREIT as Trustees for the benefit of the STREIT LIVING TRUST, Individually And On Behalf of All Others Similarly Situated, | ) CIVIL ACTION NO. )<br>)<br>)<br>) |
| Plaintiffs, | ) **JURY TRIAL DEMANDED** ) |
| v. | )<br>) |
| UBS AG, UBS SECURITIES LLC and UBS FINANCIAL SERVICES, INC., | )<br>)<br>) |
| Defendants. | )<br>) |

## RELATED CASE AFFIDAVIT

STATE OF NEW YORK    )
                             ) ss:
COUNTY OF NEW YORK  )

        JEROME M. CONGRESS, being duly sworn, deposes and says:

    1.     I am a partner at the law firm of Milberg LLP, attorneys for plaintiffs in the above-captioned action, which is brought under federal law in connection with alleged violations of the federal securities laws.

    2.     Upon information and belief, this action is related to the previously filed action captioned, In re UBS Auction Rate Securities Litigation, No. 1:08-cv-02967 (LMM), which also asserts similar claims based on violations of the federal securities laws by defendants and arises out of the same nucleus of common operative facts as that action.

3.    Accordingly, it is respectfully submitted that this action should be assigned as a

related case to the Honorable Lawrence M. McKenna.


_____
Jerome M. Congress

**MILBERG LLP**
Jerome M. Congress
One Pennsylvania Plaza
New York, NY  10119
Tel: (212) 594-5300
Fax: (212) 868-1229
jcongress@milberg.com


Sworn to before me this 9th
day of June 2008

_____
Notary Public

DAVID J. SCLAFANI
NOTARY PUBLIC, State of New York
No. 01SC6057709
Qualified in Kings County
Commission Expires April 23, 2011