

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    New York

ARIC A. STREIT & MARY STREIT as Trustees
for the benefit of the STREIT LIVING TRUST

V.

UBS AG, UBS SECURITIES LLC and UBS
FINANCIAL SERVICES, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CIV 5251

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jerome M. Congress, Esq.
MILBERG LLP
One Pennsylvania Plaza - 49th Floor
New York, NY 10119-0165

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON    JUN 0 9 2008

CLERK    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                    *Signature of Server*

                                                _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## **SCHEDULE A**

**UBS AG**
299 Park Avenue
New York, NY 10171

- and -

**UBS AG**
1285 Avenue of the Americas
New York, NY 10019

**UBS SECURITIES LLC**
677 Washington Boulevard
Stamford, CT 06901

**UBS FINANCIAL SERVICES, INC.**
1285 Avenue of the Americas
New York, NY 10019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
Attorney(s) for Plaintiff(s): Jerome M. Congress, Esq.
Address: Milberg LLP, One Pennsylvania Plaza-49th Floor, New York, NY 10119-0165

---

## AFFIDAVIT OF SERVICE

**ARIC A. STREIT & MARY STREIT as Trustees**
**for the benefit of the STREIT LIVING TRUST**
                                    Plaintiff(s)
VS.                                                                        Case No.: 08 CIV 5251
                                                                           Filed On: Jun 09 2008

**UBS AG, UBS SECURITIES LLC**
**and UBS FINANCIAL SERVICES, INC.**
                                    Defendant(s)

---

STATE OF CONNECTICUT:
COUNTY OF FAIRFIELD:    S.S.

**ERIC RUBIN** BEING DULY SWORN DEPOSES AND SAYS: That deponent is not a party to this action, is over the age of 18 years and resides in the State of Connecticut.

That on **6/10/08** at **3:11 PM** at **201 TRESSER BLVD., STAMFORD, CT 06901**, deponent made due service of the within **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS, CIVIL COVER SHEET, RELATED CASE AFFIDAVIT, INDIVIDUAL PRACTICES OF JUDGE LAWRENCE M. McKENNA** on **UBS SECURITIES LLC,** defendant therein named.

( ) **INDIVIDUAL:** By delivering a true copy of each to said recipient personally; deponent knew or had reason to believe the person to be the individual described within.

(X) **CORPORATION:** By delivering thereat a true copy of each to **CYNTHIA WALSHE** at the above address and that deponent knew the person so served to be the **DIRECTOR, REGION AMERICAS LEGAL EMPLOYMENT & LITIGATIONS SECTIONS** of the corporation and said person stated that they were authorized to accept on behalf of the corporation.

( ) **SUITABLE AGE PERSON:** By delivering thereat a true copy of each to                  , a person of suitable age and discretion.  Said premises is defendant's __actual place of business__dwelling house (usual place of abode) within the state.

( ) **MAILING:** Deponent also enclosed a true copy of each in a first class postpaid sealed envelope properly addressed to the defendant at defendant's last known residence at
on            and deposited said envelope in an official depository under exclusive care and custody of the United States Postal Service within the state where service was effected. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside, by return address or otherwise, that the communication concerned an action against the defendant.

**DESCRIPTION:** Deponent describes the individual served as follows:

| SEX | SKIN COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | OTHER |
|---|---|---|---|---|---|---|
| Female | White | Red | 36-50 | 5'3"-5'6" | 100-130 lbs | |

                                                                        Attest,
                                                                        _____
                                                                        Eric Rubin, Private Process Server

Sworn to before me on 6/12/08

**Ksenia V. Rubin**
**NOTARY PUBLIC**
**State of Connecticut**
**My Commission Expires 12/31/12**