

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ARIC A. STREIT & MARY STREIT as Trustees
for the benefit of the STREIT LIVING TRUST

V.

UBS AG, UBS SECURITIES LLC and UBS
FINANCIAL SERVICES, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CIV 5251

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jerome M. Congress, Esq.
MILBERG LLP
One Pennsylvania Plaza - 49th Floor
New York, NY  10119-0165

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                           JUN 09 2008

CLERK                                                         DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  *Date*                    *Signature of Server*

                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## **SCHEDULE A**

**UBS AG**
299 Park Avenue
New York, NY 10171

- and -

**UBS AG**
1285 Avenue of the Americas
New York, NY 10019


**UBS SECURITIES LLC**
677 Washington Boulevard
Stamford, CT 06901


**UBS FINANCIAL SERVICES, INC.**
1285 Avenue of the Americas
New York, NY 10019

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

**ORIGINAL**

Index Number: 08 CIV 5251

Date Filed: 6/9/2008

Plaintiff:
**ARIC A. STREIT & MARY STREIT as Trustees for the benefit of the STREIT LIVING TRUST**

vs.

Defendant:
**UBS AG, UBS SECURITIES LLC and UBS FINANCIAL SERVICES, INC.**

For:
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119

Received these papers to be served on **UBS FINANCIAL SERVICES, INC. located at 51 West 52nd Street, 16th Floor, New York, New York 10019-6119**.

I, Baldeo Chetram, being duly sworn, depose and say that on the **10th day of June, 2008** at **11:15 am**, I:

Personally served by delivering a true copy of the **Summons in a Civil Action, Class Action Complaint for Violations of Federal Securities Laws, Civil Cover Sheet, Related Case Affidavit, Individual Practices of Judge Lawrence M. McKenna** to Tracey Smith, Attorney, as authorized to accept on behalf of UBS FINANCIAL SERVICES, INC.

**Description** of Person Served: Age: 42, Sex: F, Race/Skin Color: Black, Height: 5'10", Weight: 160, Hair: Black, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 11th day of June, 2008 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

**Baldeo Chetram**
Process Server

Our Job Serial Number: 2008002480
Ref: 080044-00001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j